# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE **Dean G. Cottage** | **Chapter 13** |
| Debtor. : | BANKRUPTCY NO. **15-14418-mdc** |

## ORDER

AND NOW, this _22nd_ day of _September_, 2016, upon Motion for Relief from the Automatic Stay of Montgomery Glen Association, Inc., it is hereby **ORDERED** and **DECREED**, that the motion is **GRANTED**, as follows:

Relief is granted from the Automatic stay pursuant to 11 U.S. C. Section 362, to permit Movant to proceed with the remedies for collection of assessments on Debtor's real estate known as 301 Rutlege Court, North Wales PA, 19454 in accordance with the Declaration of Covenants and Restrictions.

**BY THE COURT**

_Magdeline D. C_____
Magdeline D. Coleman, Bankruptcy Judge