United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-14418-mdc
Dean Cottage                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Sep 23, 2016 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2016.
db             +Dean Cottage,    301 Rutledge Court,    North Wales, PA 19454-1076

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2016 at the address(es) listed below:
              ALLAN K. MARSHALL    on behalf of Debtor Dean  Cottage akm6940@aol.com
              ANDREW F GORNALL    on behalf of Creditor   JPMorgan Chase Bank, National Association
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              STEFAN  RICHTER    on behalf of    Montgomery Glen Association, Inc. srichter@clemonslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE **Dean G. Cottage** | **Chapter 13** |
|---|---|
| Debtor.    : | BANKRUPTCY NO. **15-14418-mdc** |

### ORDER

AND NOW, this _22nd_ day of _September_, 2016, upon Motion for Relief from the Automatic Stay of Montgomery Glen Association, Inc., it is hereby **ORDERED** and **DECREED**, that the motion is **GRANTED**, as follows:

Relief is granted from the Automatic stay pursuant to 11 U.S. C. Section 362, to permit Movant to proceed with the remedies for collection of assessments on Debtor's real estate known as 301 Rutlege Court, North Wales PA, 19454 in accordance with the Declaration of Covenants and Restrictions.

BY THE COURT

_Magdeline D. Coleman_
Magdeline D. Coleman, Bankruptcy Judge