UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Dean Cottage                                    Chapter 13
                                                Bankruptcy #  NO: 15-14418-MDC

*******************************************************************
*Order Denying Motion of JP Morgan Chase Bank*
*For Modification of Stay*
*******************************************************************

   AND NOW, this _____day of _____2,017 upon consideration of the Debtor's Answer and a Hearing,

   IT IS HEREBY ORDERED

   That The Motion of JP Morgan Chase Bank  for Modification of Automatic Stay Is Denied.

SO ORDERED                              BY THE COURT

                                        _____
                                        U.S. BANKRUPTCY JUDGE


Mr. Dean Cottage
301 Rutledge Court
N. Wales, PA 19454

**1**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re
Dean Cottage                                    Chapter 13
                                                Bankruptcy # NO: 15-14418-MDC

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Debtor's Answer to the Motion of
## JP Morgan Chase Bank for Relief from Automatic Stay

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Debtor, by his attorney, Allan K. Marshall, Esq., answers the Motion of JP Morgan Chase Bank (Bank):

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. The bank has failed to attach the servicing agreement, therefore, the bank is in violation fo Statute of Frauds which requires that real estate contracts be in writing.

6. This para sates a conclusion of law to which no response is required. ?debtor demands strict proof of all the factual averments of this para.

7. Denied. At most, debtor has missed a few payments due to the death of the debtor's brother. Debtor shall make a serious effort to bring payments up-to-date.

8. Denied. At most, debtor has missed a few payments due to the death of the

**2**

debtor's brother. Debtor shall make a serious effort to bring payments up-to-date.

9. This para sates a conclusion of law to which no response is required. ?debtor demands strict proof of all the factual averments of this para.

10. This para sates a conclusion of law to which no response is required. ?debtor demands strict proof of all the factual averments of this para.

11. This para sates a conclusion of law to which no response is required. ?debtor demands strict proof of all the factual averments of this para.

12. WHEREFORE, Debtor demands a hearing.

### FIRST DEFENSE
*SUFFICIENT EQUITY*

13. Debtor has sufficient equity to protect the interest of JP Morgan Chase Bank.

### SECOND DEFENSE
Less Drastic Remedy

14. Even if the moving party is entitled to the Relief from the Stay, the Stay should not be terminated. The Court should rather grant less drastic Relief by conditioning or modifying the Stay.

15. WHEREFORE, the Debtor requests this Honorable Court to deny the Motion for Modification of the Stay and for such other Relief as the Court deems just and proper.

                                    Respectfully Submitted,

                                    __/s/_____
                                    Allan K. Marshall, Esq.
February 6, 2017                    Attorney for Debtor

**3**