# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-14418-MDC

DEAN COTTAGE

301 RUTLEDGE COURT

NORTH WALES, PA 19454

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DEAN COTTAGE

301 RUTLEDGE COURT

NORTH WALES, PA 19454

Counsel for debtor(s), by electronic notice only.

ALLAN K MARSHALL ESQUIRE
1819 JFK BLVD
STE 400
PHILA, PA 19103

        /S/ William C. Miller

Date: 2/28/2017         _____

        William C. Miller, Esquire
        Chapter 13 Standing Trustee