UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
Dean Cottage

Chapter: 13,
BANKRUPTCY NO: 15-14418-MDC

******************************************************************
**Debtor's Fourth Amended Chapter 13 Plan (Post-Confirmation)**
******************************************************************

1. The Debtor hereby submits the following Fourth Amended Plan:

2. The Debtor shall pay the following claims:

| Cl # and Creditor | Amount to be Paid | | Remarks |
|---|---|---|---|
| 1. Mont. Glen Owners Ass. | 882 | | To be paid in full |
| 7. JP Morgan Chase | 14,575 | (Pre-Pet.) | Mortgage Arrears |
| JP Morgan | 17,212 | (Post-Pet.) | Mortgage Arrears |
| Unsecured Creditors | Pro Rata | | |
| Total of above including Trustee's Commission= | $3,270 | | |
| Trustee's Commission Not to exceed 10% | | | |

**Total to be paid, including Trustee's Commission= $35,939.**

3. Payments made to the trustee so far: The Debtor hereby claims Credit for $4900 – the amount paid to the Ch. 13 until 3/25/17.

4. Debtor shall pay the balance of $31,039 to the trustee at $796 per month for the next 39 Months. The new base amount is $35,939.

Respectfully Submitted,

/s/_____
Allan K. Marshall, Esq,
Attorney for Debtor
Phone: 215-569-1904

March 25, 2017