Case 15-14418-mdc    Doc 58    Filed 04/13/17    Entered 04/13/17 16:06:21    Desc Main
Document      Page 1 of 3

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEAN COTTAGE | Chapter 13 |
| Debtor | Bankruptcy No. 15-14418-MDC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___13th___ day of ___April___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALLAN K MARSHALL ESQUIRE
1819 JFK BLVD
STE 400
PHILA, PA 19103


Debtor:
DEAN COTTAGE

301 RUTLEDGE COURT

NORTH WALES, PA 19454