United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-14418-mdc
Dean Cottage                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia          Page 1 of 2          Date Rcvd: Apr 13, 2017
                             Form ID: pdf900         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2017.
```
db              +Dean Cottage,   301 Rutledge Court,   North Wales, PA 19454-1076
NONE            +Montgomery Glen Association, Inc.,   c/o Stefan Richter, Esquire,
                 Clemons Richter & Reiss, P.C.,   107 E. Oakland Ave,   Doylestown, PA 18901-4610
13550757        +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
13550759       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:  Cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007)
13550760        +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
13550761        +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13564705        +Department Stores National Bank For Macys Branded,   Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
13550762         District Justice,   601 Bethlehem Pike Bldg #D, #100,   Montgomeryville, PA 18936
13615387        +JPMorgan Chase Bank, National Association,   Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13550763        +KML Law Group,   701 Market #500,   Philadelphia, PA 19106-1538
13550765        +Mcydsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
13581055        +Midland Credit Management, Inc. as agent for,   MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
13550766        +Mont. Glen Homeowners Association,   975 Easton Rd #102,   Warrington, PA 18976-1858
13560594        +Montgomery Glen Homeowners Association,   975 Easton Road,   Suite 102,
                 Warrington PA 18976-1858
13550767       ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
                 (address filed with court:  Nissan-Infiniti Lt,   2901 Kinwest Pkwy,   Irving, TX 75063)
13634183         eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
                 New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Apr 14 2017 01:20:40      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2017 01:19:59
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2017 01:20:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13622465        +E-mail/Text: bncmail@w-legal.com Apr 14 2017 01:20:27      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13550758        +E-mail/Text: bankruptcy@cavps.com Apr 14 2017 01:20:29      Cavalry Portfolio Serv,
                 Po Box 27288,   Tempe, AZ 85285-7288
13598123        +E-mail/Text: bankruptcy@cavps.com Apr 14 2017 01:20:29      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13550764        +E-mail/Text: csd1clientservices@cboflanc.com Apr 14 2017 01:20:58      Lancaster Collections,
                 218 W Orange St,   Lancaster, PA 17603-3746
13609925         E-mail/Text: bkrgeneric@penfed.org Apr 14 2017 01:20:58      Pentagon Federal Credit Union,
                 P.O. Box 1432,   Alexandria, VA 22313
13617510         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2017 01:23:09
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13550768        +E-mail/Text: bkrgeneric@penfed.org Apr 14 2017 01:20:58      Pentagon Federal Cr Un,
                 Po Box 1432,   Alexandria, VA 22313-1432
13550769        +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2017 01:16:15      Syncb/Tjx Cos,   Po Box 965005,
                 Orlando, FL 32896-5005
13550770        +E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2017 01:16:04      Syncb/Walmart Dc,   Po Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 12
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2                  User: Virginia                Page 2 of 2                  Date Rcvd: Apr 13, 2017
                                      Form ID: pdf900               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2017 at the address(es) listed below:
              ALLAN K. MARSHALL    on behalf of Debtor Dean  Cottage akm6940@aol.com
              ANDREW F GORNALL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              STEFAN  RICHTER    on behalf of    Montgomery Glen Association, Inc. srichter@clemonslaw.com
              THOMAS I. PULEO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEAN COTTAGE                                Chapter 13

           Debtor                           Bankruptcy No. 15-14418-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___13th___ day of ___April___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ALLAN K MARSHALL ESQUIRE
1819 JFK BLVD
STE 400
PHILA, PA 19103

Debtor:
DEAN COTTAGE

301 RUTLEDGE COURT

NORTH WALES, PA 19454